AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

UNITED STATES OF AMERICA
        Plaintiff,

v.

CHARLES MCCLURE, AKA, CHUCK MCCLURE,
        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: Cv-04-3047-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Motion for Costs, Ct. Rec. 60, judgment is entered in favor of the United States of America, Plaintiff, against Charles McClure, aka Chuck McClure, Defendant, in the amount of $3,068.96, together with post judgment interest as provided by law, for costs incurred in restoring the federal lands at issue in this lawsuit to their natural state.

November 26, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas